**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-6856**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES A. BUTLER,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (3:91-cr-00044)

---

Submitted:  November 28, 2007        Decided:  December 28, 2007

---

Before MOTZ, KING, and DUNCAN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

James A. Butler, Appellant Pro Se. Gurney Wingate Grant II, OFFICE
OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. Butler appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) (2000) motion and his motion for reconsideration. We have reviewed the record and find that the appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. United States v. Butler, No. 3:91-cr-00044 (E.D. Va. Apr. 17 & May 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED